

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 26, 2023

**REQUEST TO BE FILED UNDER SEAL**
**BY ELECTRONIC MAIL**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: *United States v. Steven Teixeira*, 23 Cr. ___ (NRB)

Dear Judge Buchwald:

In advance of tomorrow's plea proceeding, the Government writes on behalf of the parties to provide a proposed bail package for the Court's consideration, consisting of the following terms:
- $1,000,000 PRB, co-signed by two financially responsible persons;
- Surrender of travel documents and no new applications;
- Supervision as direction by pretrial services; and
- Prior notice and approval from pretrial services of any travel outside the Eastern and the Southern Districts of New York.

The parties propose that the defendant be released on his own signature with the remainder of these conditions to be satisfied by July 11, 2023.

Because the docket in this case remains under seal, the Government requests that this letter be maintained under seal.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s
       Nicholas Folly
       Assistant United States Attorney
       (212) 637-1060