UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEVEN TEIXEIRA,

Defendant.

**SEALED WAIVER OF INDICTMENT**
23 Cr.

23 CRIM 312

The above-named defendant, who is accused of: (i) conspiracy to commit (1) securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Section 240.10b-5; and (2) securities fraud, in violation of Title 18, United States Code, Section 1348; (ii) securities fraud, in violation of Title 15, United State Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5, and 240.10b5-2; and Title 18, United States Code, Section 2; (iii) securities fraud, in violation of Title 18, United States Code, Sections 1348 and 2; (iv) conspiracy to commit honest services fraud, in violation of Title 18, United States Code, Section 1349; and (v) honest services fraud, in violation of Title 18, United States Code, Sections 1343, 1346, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Steven Teixeira, Defendant

_____
Witness

_____
William Newman, Esq.
Counsel for Defendant

Date:   New York, New York
        June 27, 2023

0202